**Dismissed and Memorandum Opinion filed June 11, 2015.**



In The

## Fourteenth Court of Appeals

### NO. 14-14-00570-CV

**ANTHONY OBI OGBO A/K/A INTERNATIONAL GUARDIAN NEWSPAPER, Appellant**

**V.**

**PIUS OKAFOR AND JOHN OKAFOR, Appellees**

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2010-82078**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 17, 2014. The clerk's record was filed September 16, 2014. No reporter's record was filed. No brief was filed.

On April 21, 2015, this court issued an order stating that unless appellant submitted a brief on or before May 21, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.